Robert RENSHAW, Appellant,

v.

STATE of Missouri, Respondent.

No. 71034.

Missouri Court of Appeals,
Eastern District,
Division One.

June 24, 1997.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Robert Renshaw, appeals the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

William WILSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53587.

Missouri Court of Appeals,
Western District.

June 24, 1997.

Rehearing Denied July 29, 1997.

Emmett Queener, Asst. Public Defender's Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM.

William Wilson appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).